UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD RICHMOND,

    Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

No. 2:23-cv-01660-JHC

ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL AND CASE SCHEDULE DATES

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Trial and Case Schedule Dates. Dkt. # 24. The Court GRANTS the motion to the extent it seeks a new trial date of June 2, 2025. The remaining dates shall follow the Court's standard schedule. The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 24th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: STIPULATED MOTION TO CONTINUE
TRIAL AND CASE SCHEDULE DATES - 1
NO. 2:23-CV-01660-JHC